**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**

In re  Roger A. Preston
       Yvette A. Preston                                      Case No.  13-36881
                        Debtor(s)                             Chapter   13

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.**

For:  ☒  Debtor
      ☐  Attorney [If Applicable:] Name: _____
      ☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:        ☒ Husband and Wife
                           ☐ Husband Only
                           ☐ Wife Only

  *[If applicable]* Case Name:
  *[If applicable]* Case No./Adversary Proceeding No.:
  *[If applicable]* Creditor Name:

**New Address:** P.O. Box 15814, Richmond, VA 23227

**Old Address:** 2402 Rosewood Avenue, Richmond, VA 23220

**Date:  January 6, 2014**

                                              /s/ Pia J. North_____
                                              **Attorney for Debtor(s)**

pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)