| *A Summary of the services for which compensation is requested is as follows:* | | | |
|---|---|---|---|
| ***Description of Services Rendered*** | *Attorney* *Hours* | *Paralegal* *Hours* | *Total Fees* |
| Initial Consultation, Preparation of Case, Meeting w/ Debtors for Signing Petition, Plan & Schedules, File Case, Mail Plan, Prepare Notice of Filings, Prepare Case for Trustee Meeting, Attend Trustee Meeting | 8.15 | 11.65 | $4,734.83 |
| Case Maintenance, Review Claims and Tax Follow up | .80 | 2.05 | $ 563.50 |
| Motion for Relief (Wells Fargo): Preparation of Answer, File Answer, Prepare for Hearing & Attend Hearing | 1.3 | .2 | $ 528.00 |
| Motion to Sell: Preparation, Communications, Negotiations with Client, Estate of Grace Moore and Realtor | 5.30 | 11.45 | $2,664.78 |
| Motion to Sell (Andrew E. Wood, Trustee of the Fred D. Gregory, Jr. Administrative Trust): Defense, Communications and Hearings | 1.1 | .3 | $ 488.50 |
| Preparation and filing of Modified Plans | 6.1 | 6.05 | $4,137.25 |
| Objections: Preparation of Letters/Notices, Request to Remove Lien, Negotiations, Communications, Meetings with Debtors and Counsel for Estate of Grace Moore | 12.75 | 19.40 | $6,835.30 |
| Other Communications with Creditors and Debtors | .60 | 1.25 | $ 402.25 |
| | | | |
| | | | |
| Fees and cost in the amount of $11,354.41 have been written off in the exercise of billing discretion. | | | $20,354.41 |